**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1553

JEREMY LYLE,

                Plaintiff - Appellant,

     v.

ERNEST GILES, Sheriff for Sussex County,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:23-cv-00063-MHL)

Submitted:  September 28, 2023               Decided:  October 2, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeremy Lyle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Lyle appeals the district court's order dismissing his civil action, without prejudice,* for failure to prosecute. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Lyle's informal brief fails to challenge the district court's rationale for dismissing his action, he has forfeited appellate review of the court's disposition. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Lyle v. Giles*, No. 3:23-cv-00063-MHL (E.D. Va. May 22, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* As the district court did not grant Lyle leave to amend, we have jurisdiction over this appeal. *Britt v. DeJoy*, 45 F.4th 790, 798 (4th Cir. 2022) ("[A]n order dismissing a complaint without prejudice and without granting leave to amend is final.").